de la Rosa v Landucci (2021 NY Slip Op 50067(U))

[*1]

de la Rosa v Landucci

2021 NY Slip Op 50067(U) [70 Misc 3d 136(A)]

Decided on January 29, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 29, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, McShan, JJ.

570211/20

Angela de la Rosa, Plaintiff-Appellant, 
against
Robert Landucci, Defendant-Respondent.

Plaintiff appeals from a "decision and order" of the Civil Court of the City of New York,
Bronx County (Marian C. Doherty, J.), entered July 16, 2019, after a nonjury trial, which
dismissed her complaint and awarded defendant damages on his counterclaim in the principal
amount of $11,300.

Per Curiam.
Appeal from "decision and order" (Marian C. Doherty, J.), entered July 16, 2019, deemed an
appeal from the ensuing judgment (same court and Judge), entered on or about July 24, 2019, and
so considered (see CPLR 5520[c]), judgment affirmed, without costs.
Defendant's counterclaim for unpaid rent for the months of November 2016 through January
2017, due under a commercial lease, is not barred by res judicata, collateral estoppel or the
prohibition against claim splitting. Inasmuch as the issues relating to plaintiff-tenant's
nonpayment of rent for any month after October 2016 had not matured when defendant-landlord
commenced the summary nonpayment proceeding against plaintiff in October 2016, and
consequently had not been litigated or decided therein, the counterclaim is not barred by the
determination in that proceeding (see UBS Sec. LLC v Highland Capital Mgt., L.P., 159
AD3d 512, 513-514 [2018], lv dismissed 32 NY3d 1080 [2018]; Sannon-Stamm
Assoc., Inc. v Keefe, Bruyette & Woods, Inc., 68 AD3d 678 [2009]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: January 29, 2021